William Rutkowich.
vs.                     No. 58629
Anthony Cialella

Maggie Rutkowich
vs.                     No.58630
Anthony Cialella

February 2; 1926

SUMNER, J. The plaintiffs in these two cases have brought suit; one, the husband, for loss of services; and the other, the wife for physical injuries suffered, on account of an automobile accident. The jury returned a verdict for the wife, Maggie Rutkowich, in the sum of $4000, and for the husband, William Rutkowich, in the sum of $500. The defendant has filed motions for new trials.

The plaintiff, Maggie Rutkowich, testified that she was driving a horse and buggy on the right side of Washington street, in Providence, going in a westerly direction; that the defendant, driving a seven passenger sedan, came from behind on her left, hit her buggy, drove it against a truck on her right, and that the shock of the collision raised her up so that she hit her right side on the iron bar of the seat. She claimed that some spokes were broken in her right front wheel, and it also appeared that the left shaft of her vehicle was broken.

The defendant claimed that, as he was passing the plaintiff, Maggie Rutkowich, turned her horse into him and in that way caused the collision. The claim of the defendant seems improbable, in that his car did not strike the horse, and a careful examination of his testimony and that of his witnesses satisfies the court that his failure to allow sufficient room for the passage of his car was the cause of the accident. There were two vehicles ahead of the plaintiff, along the right side of the curb, and she must

necessarily turn out to pass them. The defendant probably realized that fact and hurried so that, as he significantly says in his testimony, "I got there ahead of her." The defendant had had his driver's license only three days and probably was not sufficiently familiar with his new car to judge distances correctly.

The defendant also claims that the amount of the verdict awarded to Maggie Rutkowich was excessive.

The plaintiff said that she was in bed four weeks as a result of the accident; that she still has a pain in her spine bone, which affects her heart and head and sometimes makes her fall down, and that she can do little work on the farm. Her two doctors ascribe her present condition to an injury to her back or spine, which is probably due to a wrenching. Dr. Chapman says she has a chronic condition of arthritis in the sacro-iliac joint and the lower vertebrae of the ribs, which may have been caused by the accident, and says the pain may last all her lifetime.

As far as appeared, the plaintiff, Maggie Rutkowich, was not thrown to the ground. Her injuries, if she has any, were caused by the jolting of her buggy against the truck. She is a woman weighing over 200 pounds and more susceptible to a wrenching for that reason. The plaintiff also claims that she has rectocele as a result of the accident. Her claim as to serious injury is disputed by Drs. Palmer and Haberlin, the former saying that she is a malingerer. The jury believe the doctors for the plaintiff and the court is not disposed to overrule them.

One very significant witness in this case was Harold F. Thompson, a market gardener in Seekonk. He brought his day book to court and, testifying from it, showed that Mrs. Rutkowich worked for him from the middle of July, 1923, till a few days before the accident, October 27, 1923, working

four, five and six days a week, sixty-seven days in all. He said she was a "very robust and happy woman, and did a man's work, hoeing, weeding and bunching vegetables." He also said that she came back the following June and worked for him for two days and a half but had to give it up.

The verdict of $500 in favor of the husband is small and can not be questioned.

The plaintiff has apparently done a man's work many years. She is 54 years old, with an expectancy of life of 18 years by the Carlisle tables. She worked on an ice pond for 12 days in the spring of 1923 as a foreman, and also prior to that time had helped her husband build a house. It does not seem unreasonable that a woman as vigorous, industrious and useful as she has been, should be awarded $4000 for the pain and suffering, as well as the physical handicap, which she has undergone the last two years and may indefinitely undergo in the future. It may be that the jury in view of her testimony that she and her husband owned the house as well as the buggy together, thought that she was entitled to more than a wife's usual share. There was no evidence showing her ordinary expenses of living. There was the testimony of Mr. Thompson that she had earned $243 in a period of about three months when working for him, and of Mr. Lake that she had earned $52 for her 12 days' work on the ice pond. The total of her earnings shown in those items in 1923 was about $300.

The court does not think that the amount awarded Mrs. Rutkowich is excessive, especially in view of the small amount awarded the husband.

The motions for new trials are denied.

For Plaintiffs: George F. Troy and Littlefield, Otis & Knowles.

For Defendant: Joseph W. Grimes.